# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:23–cv–01797–MSN–LRV

| | |
|---|---|
| Triangle Experience Group, Inc. v. Max Minds, LLC | Date Filed: 12/28/2023 |
| Assigned to: District Judge Michael S Nachmanoff | Date Terminated: 04/12/2024 |
| Referred to: Magistrate Judge Lindsey R. Vaala | Jury Demand: Plaintiff |
| Demand: $90,000,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity–Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**Triangle Experience Group, Inc.**　　represented by　**Raighne Delaney**
Bean Kinney & Korman PC
2311 Wilson Blvd
Suite 500
Arlington, VA 22201
(703) 525–4000
Email: rdelaney@beankinney.com
*ATTORNEY TO BE NOTICED*

**Stephen Daniel Caruso**
Bean Kinney & Korman PC
2311 Wilson Blvd
Suite 500
Arlington, VA 22201
703–525–4000
Fax: 703–525–2207
Email: scaruso@beankinney.com
*ATTORNEY TO BE NOTICED*

**Richard Daniel Kelley**
Bean Kinney & Korman PC
2311 Wilson Blvd
Suite 500
Arlington, VA 22201
703–525–4000
Fax: 703–525–2207
Email: rkelley@beankinney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Max Minds, LLC**　　represented by　**Timothy D. Belevetz**
Ice Miller LLP
200 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001
202–572–1605
Email: timothy.belevetz@icemiller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Andrew Gasper**
Ice Miller LLP (IN–NA)
One American Square
Suite 2900
Indianapolis, IN 46282
**NA**
317–236–2100
Fax: 317–236–2219
Email: george.gasper@icemiller.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2023 | 1 | Complaint ( Filing fee $ 405, receipt number AVAEDC–9286001.), filed by Triangle Experience Group, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2)(Kelley, Richard) (Entered: 12/28/2023) |
| 12/28/2023 | 2 | Proposed Summons re 1 Complaint by Triangle Experience Group, Inc.. (Kelley, Richard) (Entered: 12/28/2023) |
| 12/28/2023 |  | Initial Case Assignment to District Judge Michael S Nachmanoff and Magistrate Judge Lindsey R. Vaala. (dvanm) (Entered: 01/04/2024) |
| 01/04/2024 | 3 | Financial Interest Disclosure Statement (Local Rule 7.1) by Triangle Experience Group, Inc.. (Kelley, Richard) (Entered: 01/04/2024) |
| 01/04/2024 | 4 | NOTICE of Appearance by Raighne Delaney on behalf of Triangle Experience Group, Inc. (Delaney, Raighne) (Entered: 01/04/2024) |
| 01/05/2024 | 5 | NOTICE of Appearance by Stephen Daniel Caruso on behalf of Triangle Experience Group, Inc. (Caruso, Stephen) (Entered: 01/05/2024) |
| 01/05/2024 | 6 | Summons Issued as to Max Minds, LLC. NOTICE TO ATTORNEY: Please remove the headers and print two duplexed copies of the electronically issued summons for each Defendant. Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention and electronically file it using the filing events, Summons Returned Executed or Summons Returned Unexecuted. (Attachments: # 1 Notice)(dvanm) (Entered: 01/05/2024) |
| 01/10/2024 | 7 | WAIVER OF SERVICE Returned Executed by Triangle Experience Group, Inc.. Max Minds, LLC waiver sent on 1/2/2024, answer due 3/4/2024. (Delaney, Raighne) (Entered: 01/10/2024) |
| 01/29/2024 | 8 | NOTICE of Appearance by Timothy D. Belevetz on behalf of Max Minds, LLC (Belevetz, Timothy) (Entered: 01/29/2024) |
| 02/19/2024 | 9 | Motion to appear Pro Hac Vice by George A. Gasper and Certification of Local Counsel Timothy D. Belevetz Filing fee $ 75, receipt number AVAEDC–9369871. by Max Minds, LLC. (Belevetz, Timothy) (Entered: 02/19/2024) |
| 02/20/2024 | 10 | ORDER granting 9 Motion for Pro hac vice Appointed George Andrew Gasper for Max Minds, LLC. Signed by District Judge Michael S Nachmanoff on 2/20/2024. (swil) (Entered: 02/21/2024) |
| 03/04/2024 | 11 | Corporate Disclosure Statement by Max Minds, LLC. (Belevetz, Timothy) (Entered: 03/04/2024) |
| 03/04/2024 | 12 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss for Lack of Jurisdiction by Max Minds, LLC. (Belevetz, Timothy) (Entered: 03/04/2024) |
| 03/04/2024 | 13 | Memorandum in Support re 12 MOTION to Dismiss for Lack of Jurisdiction filed by Max Minds, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Belevetz, Timothy) (Entered: 03/04/2024) |
| 03/05/2024 |  | Notice of Correction re 12 MOTION to Dismiss for Lack of Jurisdiction. The filing user has been notified to file a Notice of Hearing or a Waiver of Oral Argument. (dvanm) (Entered: 03/05/2024) |
| 03/05/2024 | 14 | Notice of Hearing Date set for April 12, 2024 re 12 MOTION to Dismiss for Lack of Jurisdiction (Belevetz, Timothy) (Entered: 03/05/2024) |
| 03/07/2024 |  | Set Deadline as to 12 MOTION to Dismiss for Lack of Jurisdiction. Motion Hearing set for 4/12/2024 at 10:00 AM in Alexandria Courtroom 600 before District Judge Michael S Nachmanoff. (wgar, ) (Entered: 03/07/2024) |
| 03/18/2024 | 15 | Opposition to 12 MOTION to Dismiss for Lack of Jurisdiction , 13 Memorandum in Support filed by Triangle Experience Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Kelley, Richard) (Entered: 03/18/2024) |
| 03/25/2024 | 16 | REPLY to Response to Motion re 12 MOTION to Dismiss for Lack of Jurisdiction filed by Max Minds, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Belevetz, Timothy) (Entered: 03/25/2024) |
| 04/12/2024 | 17 | Docketed in Error and Removed .(lcre, ) (Main Document 17 replaced on 4/12/2024) (lcre, ). Modified on 4/12/2024 (lcre, ). (Entered: 04/12/2024) |
| 04/12/2024 | 18 | Minute Entry for proceedings held before District Judge Michael S Nachmanoff: Motion Hearing held on 4/12/2024. Plaintiff appeared through Stephen Caruso and Richard Kelly. Defendant appeared through Timothy Belevetz and George Gasper. MOTION to Dismiss for Lack of Jurisdiction re 12 argued and GRANTED IN PART AND DENIED IN PART. Case transferred to the Southern District of Indiana. Parties advised of settlement options. Order to follow. (Court Reporter D. Salters.) (lcre, ) (Entered: 04/12/2024) |
| 04/12/2024 |  | Case transferred to District of Southern District of Indiana. Original file, certified copy of transfer order, and docket sheet sent. (lcre, ) (Entered: 04/12/2024) |