# EXHIBIT 6

**CERTIFICATION AGREEMENT**

This Certification Agreement (this "**Agreement**") is made effective as of August 17, 2023 (the "**Effective Date**") by and between Triangle Experience Group, Inc. ("**TEG**"), a Virginia corporation, and Max Minds, LLC, an Indiana limited liability company ("**Max Minds**") (each, a "**Party**" and together, the "**Parties**").

**RECITALS**

**WHEREAS,** the Parties wish to maintain the source code for the Haptic Federal software platform ("Source Code") confidential and to preserve its value as a trade secret, and therefore wish to limit disclosure and use of the Source Code;

**WHEREAS**, TEG wishes to receive, and Max Minds wishes to share, a copy of the most recent version of the Source Code to enable TEG, and/or government customers, to conduct security scans on the Source Code; and

**WHEREAS**, the Parties desire that TEG and applicable customers execute a chain of custody document in each case, and agree to maintain confidentiality and restrictions on use.

**NOW, THEREFORE**, in consideration of the mutual covenants and agreements hereinafter set forth and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree and intend to be legally bound as follows:

1. Within twenty-four (24) hours of the execution of this Agreement, Max Minds shall transfer the Source Code to TEG in a usable format, and Max Minds shall, upon reasonable request, assist TEG in accessing the Source Code to ensure that it is received by TEG in a usable and functioning format for the purposes described above.

2. TEG confirms, represents and warrants that, to the best of its knowledge, all copies of the Source Code that have been provided to TEG and/or to a TEG customer have been destroyed, and have not been retained by any entity.

3. TEG acknowledges and agrees that it shall be responsible for implementing procedures to ensure that:

    a. Haptic Federal Source Code is at all times maintained as confidential, not disclosed except to customer personnel having a need to receive the Haptic Federal source code, and

    b. Haptic Federal source code is used only by the customer to complete required security scans. TEG shall secure from the customer in each instance a chain of custody form reasonably acceptable to Max Minds (similar to the DA 4137).

**IN WITNESS WHEREOF**, the duly authorized representatives of the Parties hereby execute this Certification Agreement as of the Effective Date.

| **Max Minds** | **TEG** |
|---|---|
| *[signature]* | *Robert Clare* |
| By: | By: |
| Name: | Name:   Robert Clare |
| Title: | Title:   President / CEO |