# JOSEPH A. DUNNE
# COURT AND BAR ADMISSIONS

| Court | Date Admitted | Status | Bar or ID No. |
|---|---|---|---|
| Supreme Court of Pennsylvania | 10/15/2018 | In Good Standing | 325562 |
| State of Connecticut Supreme Court | 01/22/2010 | In Good Standing | 429947 |
| New York Appellate Division, First Department | 06/23/2010 | In Good Standing | 4831277 |
| USDC, District of Connecticut | 10/4/2019 | In Good Standing | Ct30816 |
| USDC, Eastern District of Michigan | 8/19/2019 | In Good Standing | |
| USDC, Western District of Michigan | 3/10/2020 | In Good Standing | NY4831277 |
| USDC, Eastern District of New York | 12/01/2010 | In Good Standing | JD0674 |
| USDC, Northern District of New York | 08/21/2020 | In Good Standing | 702091 |
| USDC, Southern District of New York | 08/27/2010 | In Good Standing | JD0674 |
| USDC, Western District of New York | 1/13/2021 | In Good Standing | |
| USDC, Middle District of Pennsylvania | 08/21/2020 | In Good Standing | |
| USDC, Western District of Pennsylvania | 9/2/2020 | In Good Standing | |

Revised 2.05.2022