UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

TRIANGLE EXPERIENCE GROUP, INC.,        1:24-cv-650-JPH-MG

       Plaintiff,

v.

MAX MINDS, LLC,

       Defendant.

## ORDER GRANTING AMENDED MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Joseph A. Dunne, counsel for Max Minds, LLC, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the amended motion be, and hereby is, GRANTED. [46]. Defendant's original Motion to Appear Pro Hac Vice at Dkt. [45] is DENIED AS MOOT.

Applicant's contact information should be entered as follows:

Joseph A. Dunne
SRIPLAW, P.A.
175 Pearl Street
Third Floor
Brooklyn, NY 11201
929.200.8446 – Telephone
561.404.4353 – Facsimile
joseph.dunne@sriplaw.com

Date: 6/11/2024

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF