# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### (Indianapolis Division)

TRIANGLE EXPERIENCE GROUP, INC., :
:
    Plaintiff, :
:
v. : Case Number: 1:24-cv-00650-JPH-MG
:
MAX MINDS, LLC, :
:
    Defendant. :

## PLAINTIFF TRIANGLE EXPERIENCE GROUP, INC.'S MOTION TO DISMISS DEFENDANT MAX MINDS, LLC'S COUNTERCLAIM

Plaintiff Triangle Experience Group, Inc. ("TEG") by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7-1 for the United States District Court of the Southern District of Indiana, files its Motion to Dismiss the Counterclaim filed by Defendant Max Minds, LLC ("Defendant") for failure to state a claim upon which relief may be granted. TEG moves to dismiss Counts I, II, V, VI, and VII of Defendant's Counterclaim. In support thereof, TEG respectfully refers the Court to the Brief in Support contemporaneously filed herein.

Dated: June 21, 2024

Respectfully submitted,

*[signature]*

Richard D. Kelley, Esq., *admitted pro hac vice*
Raighne C. Delaney, Esq., *admitted pro hac vice*
Stephen D. Caruso, Esq., *admitted pro hac vice*
BEAN, KINNEY & KORMAN, PC
2311 Wilson Boulevard, Suite 500
Arlington, VA  22201
Tel: (703) 525-4000
Fax: (703) 525-2207
rkelley@beankinney.com
rdelaney@beankinney.com
scaruso@beankinney.com

Marc T. Quigley, Atty. No. 21054-53
KRIEG DeVAULT LLP
12800 North Meridian Street, Suite 300
Carmel, Indiana  46032
Tel: (317) 566-1110
Fax: (317) 636-1507
mquigley@kdlegal.com

Alexandra Wilson Pantos, Atty. No. 37003-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana  46204
Tel: (317) 636-4341
Fax: (317) 636-1507
awilson@kdlegal.com

*Attorneys for Triangle Experience Group, Inc.*