# TEG ATTACHMENT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(Indianapolis Division)**

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MAX MINDS, LLC, : <br> : <br> Defendant. : | Case Number: 1:24-cv-00650-JPH-MG |

### [Proposed] ORDER GRANTING MOTION TO DISMISS DEFENDANT MAX MINDS, LLC'S COUNTERCLAIM

This matter comes before the Court on Plaintiff Triangle Experience Group, Inc.'s Motion to Dismiss the Counterclaim filed by Defendant Max Minds, LLC ("Motion"). Upon consideration of the Motion, the Brief in Support of the Motion, any opposition, the pleadings and attachments thereto, any oral argument of counsel, and for other good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Counts I, II, V, VI, and VII of Defendant Max Minds, LLC's Counterclaim are DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that Max Mind, LLC's claim for punitive damages, attorneys' fees, and costs ARE STRICKEN.


Entered this _____ day of _____, 20____.


                                                                                                   _____
Judge, United States District Court for the Southern District of Indiana