# TEG ATTACHMENT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### (Indianapolis Division)

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., :<br>:<br>    Plaintiff, :<br>:<br>v. :<br>:<br>MAX MINDS, LLC, :<br>:<br>    Defendant. : | Case Number: 1:24-cv-00650-JPH-MG |

### [Proposed] ORDER GRANTING MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES OF DEFENDANT, MAX MINDS, LLC

This matter comes before the Court on Plaintiff Triangle Experience Group, Inc.'s Motion to Strike Certain Affirmative Defenses of Defendant, Max Minds, LLC ("Motion"). Upon consideration of the Motion, the Statement of Points and Authorities in Support of the Motion, any opposition, the pleadings and attachments thereto, any oral argument of counsel, and for other good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Defendant, Max Minds, LLC's affirmative defenses 5, 7, 8, 9, 10, and 12 set forth in its Answer and Affirmative and Other Defenses to Complaint and Counterclaims are hereby STRICKEN.

Entered this ____ day of _____, 20____.

_____
Judge, United States District Court for the
Southern District of Indiana