UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

TRIANGLE EXPERIENCE GROUP, INC.,

        Plaintiff,

v.

        Case No. 1:24-cv-00650-JPH-MG,

MAX MINDS, LLC

        Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Defendant MAX MINDS, LLC'S ("Max") Motion for Extension of Time for Max to respond to Plaintiff TRIANGLE EXPERIENCE GROUP, INC.'S ("TEG") Motion to Strike Affirmative Defenses (ECF 50) and TEG's Motion to Dismiss (ECF 49). The court, having considered the Motion and having found good cause, therefore hereby grants the motion.

IT IS THEREFORE ORDERED that Defendant MAX MINDS, LLC shall have up to and until July 19, 2024 to respond to Plaintiff TRIANGLE EXPERIENCE GROUP, INC.'S Motion to Dismiss (ECF 49) and its Motion to Strike Affirmative Defenses (ECF 50).

Date: 7/9/2024

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-
registered counsel of record via email generated
by the Court's ECF System.