**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(Indianapolis Division)**

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., : | |
|     Plaintiff, : | |
| v. : | Case Number: 1:24-cv-00650-JPH-MG |
| MAX MINDS, LLC, : | |
|     Defendant. : | |

## PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Plaintiff Triangle Experience Group, Inc. ("Plaintiff" or "TEG"), by counsel, and pursuant to the Case Management Plan dated May 29, 2024 (Dkt. No. 42), hereby submits its Preliminary Witness and Exhibit Lists. Discovery is currently ongoing and will likely reveal additional witnesses and exhibits, which will be necessary for trial or will reveal that the witnesses and exhibits identified below will not be used at trial. As such, TEG respectfully reserves its rights to revise its lists as this case proceeds.

### PRELIMINARY WITNESS LIST

1. Current of former TEG employees or contractors who have information related to the factual allegations contained within TEG's Complaint and Max's Answer and Counterclaim, including information related to the Joint Venture Agreement terms between the parties as it relates to the development, marketing, and sale of the Haptic software, including but not limited to:

    a. Robert Clare

    b. Jeff Mase

    c. Michael Bowers

    d. Larry Lins

      e. Kevin Mullican

      f. David McCutchen

      g. David Sinnk

      h. Mark Mahoney

      i. Wayne Potts

      j. Schaffer Robichaux

      k. Nico Ruggiero

2. Current and former representatives of Max, including but not limited to:

      a. Brandon Fischer

      b. Jennifer Ryan

      c. James Gilcrest

      d. Scott Herren

      e. Chad Coles

      f. Rich Gargus

      g. Darren Brooks

      h. Robert Schuster

      i. Megan Nordwig

      j. John McDonald

      k. Tom Kilcoyne

3. Any persons necessary to authenticate, identify, and/or lay foundation for the introduction of any documents or exhibits in this case.

4. Any person identified by name in any discovery response in this case.

5. Any person whose deposition is taken in this case.

6. Any person identified on Max's Preliminary Witness List.

7. Any testifying expert witnesses identified by either party.

The foregoing list does not include persons who may be called for purposes of rebuttal or impeachment at trial. TEG respectfully reserves the right to supplement its list as discovery is ongoing and additional parties may come to light, and reserves any objection it may have to the testimony of any of the above-named witnesses.

## PRELIMINARY EXHIBIT LIST

1. The Joint Venture Agreement.

2. The non-disclosure agreement.

3. The correspondence within and among TEG relating to the Joint Venture Agreement and the development and marketing of the Haptic and Alleo software.

4. The correspondence between TEG and Max relating to the Joint Venture Agreement and the development and marketing of the Haptic and Alleo software.

5. Notes, plans, designs, schedules, reports, tickets, invoices, checks, receipts, and other internal documents, relating to the joint venture between the parties and the development of the Haptic and Alleo software.

6. Instant messages, text messages, and other communications between the parties relating to the Joint Venture Agreement and the development and marketing of the Haptic and Alleo software.

7. Software applications used to test and manage development of the Haptic and Alleo software.

8. Any pleadings or documents filed with the Court in this matter.

9. Any documents identified by Max.

10. Any deposition video or transcript taken in this matter.

11. Any exhibits or documents identified during depositions.

12. Any documents produced by any nonparty in this matter.

13. Any party's responses to discovery requests.

14. Any documents exchanged between the parties in discovery.

15. All reports and disclosures of any testifying expert witnesses.

16. Any exhibit identified, produced, or discovered between now and the time of trial.

17. Any demonstrative exhibits.

The foregoing list does not include documents and things which may be used for purposes of rebuttal at trial. TEG respectfully reserves the right to add additional exhibits to the foregoing lists and reserves any objections it may have to any attempt to introduce any of the foregoing documents and things as evidence at trial.

Respectfully submitted,

*/s/ Richard D. Kelley*
Richard D. Kelley, Esq., *admitted pro hac vice*
Raighne C. Delaney, Esq., *admitted pro hac vice*
Stephen D. Caruso, Esq., *admitted pro hac vice*
BEAN, KINNEY & KORMAN, PC
2311 Wilson Boulevard, Suite 500
Arlington, VA  22201
Tel: (703) 525-4000
Fax: (703) 525-2207
rkelley@beankinney.com
rdelaney@beankinney.com
scaruso@beankinney.com

Marc T. Quigley, Atty. No. 21054-53
KRIEG DeVAULT LLP
12800 North Meridian Street, Suite 300
Carmel, Indiana 46032
Tel: (317) 566-1110
Fax: (317) 636-1507
mquigley@kdlegal.com

Alexandra Wilson Pantos, Atty. No. 37003-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204
Tel: (317) 636-4341
Fax: (317) 636-1507
awilson@kdlegal.com

*Attorneys for Triangle Experience Group, Inc.*