UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

CASE NO.: 1:24-cv-00650

TRIANGLE EXPERIENCE GROUP, INC.,

        Plaintiff,

v.

MAX MINDS, LLC,

        Defendant.

## DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendant MAX MINDS, LLC ("Max"), by and through its undersigned counsel, and pursuant to the Case Management Plan dated May 29, 2024 (Dkt. 42), hereby submits its Preliminary Witness and Exhibit Lists. Discovery is ongoing and will likely reveal additional witnesses and exhibits, which will be necessary for trial or will reveal that the witnesses and exhibits identified below will not be used at trial. Max respectfully reserves its right to revise its lists, as needed.

## PRELIMINARY WITNESS LIST

1. Current and former employees of Max or contractors who have information related to the defense of allegations contained in TEG's Complaint and Max's Amended Answer and Amended Counterclaim, as follows:

   a. Brandon Fischer;

   b. Bobby Schuster;

   c. Rich Gargas;

   d. Jim Gilchrist;

   e. Scott Herrin;

      f. Robert Simon;

      g. Megan Van Suttphen;

      h. Jennifer Ryan;

      i. John McDonald;

      j. Darren Brooks; and

      k. Chad Coles

2. Current and former employees and representatives of TEG, including but not limited to:

      a. Robert Clare;

      b. Jeffrey Mase;

      c. Michael Bowers;

      d. Larry Lins;

      e. Kevin Mullican;

      f. David McCutcheon;

      g. David Sinnk;

      h. Mark Mahoney;

      i. Wayne Potts;

      j. Schaffer Robichaux; and

      k. Nico Ruggiero.

3. Any persons necessary to authenticate, identify, and/or lay foundation for the introduction of any documents or exhibits in this case.

4. Any person identified by name in any discovery response in this case.

5. Any person whose deposition is taken in this case.

6. Any expert witnesses identified by Max or TEG.

The foregoing list does not include persons who may be called for purposes of rebuttal or impeachment at trial. Max respectfully reserves the right to supplement its list as discovery is ongoing and additional parties may come to light, and reserves any objection it may have to the testimony of any of the above-named witnesses.

## PRELIMINARY EXHIBIT LIST

1. The Joint Venture Agreement.
2. The Haptic End User License Agreement.
3. The Haptic Source Code License Agreement.
4. The Mutual Nondisclosure Agreement.
5. The Haptic Privacy Policy.
6. The Certification agreement.
7. The source code for certain versions of Haptic Federal.
8. Certificates of Registration for Max's Copyrights.
9. Deposit material for Max's Copyright Registrations.
10. Documents supporting Max's damages.
11. Any pleadings or documents filed with the Court in this matter.
12. Any documents identified by TEG.
13. Any deposition video or transcript taken in this matter.
14. Any exhibits or documents identified during depositions.
15. Any documents produced by any non-party in this matter.
16. Any party's responses to discovery requests.
17. Any documents exchanged between the parties in discovery.
18. All reports and disclosures of any expert witness identified by Max or TEG.

19. Any document identified, produced, or discovered between now and the time of trial.

20. Any demonstrative exhibits.

The foregoing list does not include documents and things that may be used for purposes of rebuttal at trial. Max respectfully reserves the right to add additional exhibits to the foregoing lists and reserves any objections it may have to any attempt to introduce the foregoing documents and things as evidence at trial.

Dated: July 29, 2024                    Respectfully submitted,

*/s/ J. Campbell Miller*
J. CAMPBELL MILLER
Bar Number: 38279-49
campbell.miller@sriplaw.com

**SRIPLAW, P. A.**
231 South Rangeline Road
Suite H
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
(*Pro Hac Vice*)
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, Indiana 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*/s/ Joseph A. Dunne*
JOSEPH A. DUNNE
(*Pro Hac Vice*)

joseph.dunne@sriplaw.com

**SRIPLAW, P. A.**
175 Pearl Street
Third Floor
Brooklyn, Indiana 11201
929.200.8446 – Telephone
561.404.4353 – Facsimile

*Counsel for Defendant Max Minds, LLC*