**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS**

**CASE NO.: 1:24-cv-00650-JPH-MG**

TRIANGLE EXPERIENCE GROUP, INC.,

        Plaintiff,

v.

MAX MINDS, LLC

        Defendant.

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Before the Court is Defendant MAX MINDS, LLC'S Motion for Extension of Time to file its Reply in Support of Motion for Leave to Amend Answer and Counterclaim. The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.** Max Minds, LLC shall have until August 16, 2024 to file its Reply in Support of Motion for Leave to Amend Answer and Counterclaim.

HONORABLE JAMES PATRICK HANLON
UNITED STATES DISTRICT JUDGE