IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TRIANGLE EXPERIENCE GROUP, INC.,

      Plaintiff/Counterclaim Defendant,

      v.

MAX MINDS, LLC,

      Defendant/Counterclaim Plaintiff.

Case No. 1:24-cv-00650-JPH-MG

## MOTION TO WITHDRAW APPEARANCES

George Gasper and Alexander Valdes of Ice Miller LLP hereby move to withdraw their appearances on behalf of Defendant, Max Minds, LLC ("MAX" or "Defendant"). Co-counsel Jay Campbell Miller, Joel Benjamin Rothman, and Joseph Dunne of SRipLaw, P. A. have also appeared on behalf of MAX and will continue as counsel for MAX. A proposed order is attached to this motion.

WHEREFORE, George Gasper and Alexander Valdes of Ice Miller LLP respectfully move the Court to allow the withdrawal of their appearances on behalf of Max Minds, LLC, and for all other just and proper relief.

Respectfully submitted,

/s/ *George A. Gasper*
George A. Gasper
Alexander S. Valdes (Pro Hac Vice)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282
317-236-2100
george.gasper@icemiller.com
alex.valdes@icemiller.com

*Counsel for Defendant/Counterclaim Plaintiff,*
*Max Minds, LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on August 16, 2024, he caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Southern District of Indiana using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *George A. Gasper*
George A. Gasper

2