UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

CASE NO.: 1:24-cv-00650

TRIANGLE EXPERIENCE GROUP, INC.,

        Plaintiff,

v.

MAX MINDS, LLC,

        Defendant.

## NOTICE OF EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant / Counterclaim Plaintiff, Max Minds, LLC ("Max"), by and through its undersigned counsel, hereby gives notice to the Court of its twenty-eight (28) day initial extension of time to answer or otherwise respond to Plaintiff / Counterclaim Defendant, Triangle Experience Group, Inc.'s (TEG), First Set of Interrogatories ("ROGs").

1. On August 2, 2024, TEG propounded its First Set of Interrogatories ("TEG's ROGs"), setting a deadline of September 3, 2024, for Max to respond.

2. On August 28, 2024, Counsel for TEG and Max met and conferred to discuss the discovery requests and extensions of time thereto. The parties agreed to a 28-day extension of time to respond to discovery requests propounded in this matter.

3. Pursuant to the parties meet and confer, counsel for TEG confirmed the extension in writing via email, stating "[t]hank you for your time on our meet and confer this afternoon. To Confirm, both parties are agreeing to an extra 28 days to respond to the discovery issued in the 650 matter pursuant to Local Rule 6-1."

4. On August 29, 2024, counsel for TEG sent Max's counsel a draft "Notice of Automatic Extension of Time," which contrary to the parties' agreement did not extend the time for Max to respond to TEG's ROGs.

5. Max's counsel, when reviewing the aforementioned draft sent by TEG, did not notice TEG's omission of an extension of time to respond to TEG's ROGs and therefore approved of the draft.

6. On August 29, 2024, TEG filed the parties' Joint Notice of Extension of Time pursuant to L.R. 6-1(a). (ECF 72).

7. Max has not previously sought or received an extension of this deadline.

8. This deadline does not interfere with any hearings or case deadlines.

WHEREFORE, pursuant to S.D. Ind. L.R. 6-1(a), Max hereby notices its automatic initial extension of time within which to respond to TEG's First Set of Interrogatories, up to and including September 29, 2024.

Dated: September 6, 2024						Respectfully submitted,


							*/s/  J. Campbell Miller*
							J. CAMPBELL MILLER
							Bar Number: 38279-49 (IN)
							campbell.miller@sriplaw.com

							**SRIPLAW, P. A.**
							231 South Rangeline Road
							Suite H
							Carmel, Indiana 46032
							332.600.5599 – Telephone
							561.404.4353 – Facsimile

							and

							JOEL B. ROTHMAN (*Pro Hac Vice*)
							joel.rothman@sriplaw.com

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, Indiana 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

and

JOSEPH A. DUNNE (*Pro Hac Vice*)
joseph.dunne@sriplaw.com

**SRIPLAW, P. A.**
175 Pearl Street
Third Floor
Brooklyn, Indiana 11201
929.200.8446 – Telephone
561.404.4353 – Facsimile

and

PHILIP D SEVER
Bar Number: 25384-49
phil@landownerattorneys.com

**SEVER, STORY, WALKER**
742 South Rangeline Road
Carmel, IN  46032
317.961.1202 - Telephone

*Counsel for Defendant / Counterclaim Plaintiff, Max Minds, LLC*