UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., )<br>)<br>Plaintiff/Counter Defendant, )<br>)<br>v. )<br>)<br>MAX MINDS, LLC, )<br>)<br>Defendant/Counter Claimant. ) | Case No. 1:24-cv-00650-JPH-MG |

**[Proposed] ORDER GRANTING MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

This matter comes before the Court on Plaintiff/Counter Defendant Triangle Experience Group, Inc.'s ("TEG") Motion for Leave to Amend its original complaint against Max Minds, LLC ("Max") (Dkt. 1) ("Motion"). Upon consideration of the Motion, and for other good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that TEG's First Amended Complaint attached to the Motion as Exhibit 1 is hereby deemed filed as of the date TEG filed the Motion; and it is

FURTHER ORDERED that Max has 14 days from the date of this order to file its responsive pleadings to the Amended Complaint.


Entered this ____ day of _____, 20____.


_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana