UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

CASE NO.: 1:24-cv-00650

TRIANGLE EXPERIENCE GROUP, INC.,

        Plaintiff,

v.

MAX MINDS, LLC,

        Defendant.

_____/

### NOTICE OF NO OBJECTION TO MOTION FOR LEAVE TO AMEND COUNTERCLAIM

Defendant / Counterclaim Plaintiff, Max Minds, LLC ("Max"), by and through its undersigned counsel, hereby gives notice to the Court that it does not object to the relief requested in Plaintiff / Counterclaim Defendant, Triangle Experience Group, Inc.'s (TEG), Motion for Leave to Amend filed at ECF 74, subject to Max's ability to file a motion to dismiss the amended counterclaim pursuant to F.R.C.P. 12 after filing.

Dated: September 25, 2024          Respectfully submitted,

        */s/ J. Campbell Miller*
        J. CAMPBELL MILLER
        Bar Number: 38279-49 (IN)
        campbell.miller@sriplaw.com

        **SRIPLAW, P. A.**
        231 South Rangeline Road
        Suite H
        Carmel, Indiana 46032
        332.600.5599 – Telephone
        561.404.4353 – Facsimile
        *Counsel for Plaintiff Triangle Experience Group, Inc.*