UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

CASE NO.: 1:24-cv-00650

TRIANGLE EXPERIENCE GROUP, INC.,

        Plaintiff,

v.

MAX MINDS, LLC,

        Defendant.

## NOTICE OF STRIKING

Defendant / Counterclaim Plaintiff, Max Minds, LLC, by and through its undersigned counsel, hereby strikes its Notice of Non-Objection to Motion for Leave to Amend Counterclaim filed at ECF No. 77, as it was filed incorrectly.

Dated: September 25, 2024        Respectfully submitted,

        */s/ J. Campbell Miller*
        J. CAMPBELL MILLER
        Bar Number: 38279-49 (IN)
        campbell.miller@sriplaw.com

        **SRIPLAW, P. A.**
        231 South Rangeline Road
        Suite H
        Carmel, Indiana 46032
        332.600.5599 – Telephone
        561.404.4353 – Facsimile

        *Counsel for Defendant / Counterclaim Plaintiff Max Minds, LLC*