**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS**

**CASE NO.:  1:24-cv-00650-JPH-MG**

TRIANGLE EXPERIENCE GROUP, INC.,

                Plaintiff,

v.

MAX MINDS, LLC

                Defendant.

**<u>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME</u>**

     Before the Court is Defendant MAX MINDS, LLC'S Motion for Extension of Time to respond to Plaintiff Triangle Experience Group Inc.'s First Set of Interrogatories and First Set of Requests for Production of Documents.  The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.**  Max Minds, LLC shall have until **October 8, 2024** to respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents.

Date: 9/30/2024

                                                             *Mario Garcia*
                                                             Mario Garcia
                                                             United States Magistrate Judge
                                                             Southern District of Indiana

Distribution:
To ECF Counsel of Record