UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:24-cv-00650-JPH-MG |
| MAX MINDS, LLC, | ) |
| Defendant. | ) |
| MAX MINDS, LLC, | ) |
| Counter Claimant, | ) |
| v. | ) |
| TRIANGLE EXPERIENCE GROUP, INC., | ) |
| Counter Defendant. | ) |

**MINUTE ENTRY FOR SEPTEMBER 6, 2024**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Defendant requested a 28-day extension to respond to plaintiff's interrogatory responses which is **granted** and are now due by **September 30, 2024**. Plaintiff's responses to defendant's discovery requests are due **September 26, 2024**.

This matter is scheduled for a telephonic status conference on Thursday**, January 9, 2025 at 3:00 p.m. (Eastern)** to discuss case status.  Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 9/30/2024

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.