**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> MAX MINDS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO.: 1:24-cv-00650-JPH-MKK <br> ) <br> ) <br> ) |

**JOINT MOTION FOR ENTRY OF**
**AMENDED PROTECTIVE ORDER AND ESI ORDER**

Plaintiff Triangle Experience Group, Inc. ("TEG") and Defendant Max Minds, LLC, ("MAX") (collectively, the "Parties") jointly move for entry of the proposed Amended Protective Order attached hereto as Exhibit 1 and for the entry of the proposed agreed Order Governing Protocol for Discovery of Electronically Stored Information and Hard Copy Documents (the "ESI Order") attached hereto as Exhibit 2. In support hereof, the parties state as follows:

The Parties have conferred and have determined that discovery sought by the Parties in the above-styled action will involve disclosure or production of documents and other materials containing confidential information. The parties have also determined that discovery will involve the production of significant electronically stored information. Accordingly, the Parties have agreed to certain guidelines to govern the use, disclosure, and/or dissemination of certain documents and/or information in this action, including confidential information and electronically stored information, in order to protect the confidential information and properly govern and facilitate the search for, collection of, and production of electronically stored information. These guidelines are set forth in the proposed agreed Protective Order attached as Exhibit 1 to this Motion and the proposed agreed ESI Order attached as Exhibit 2.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Amended Protective Order attached hereto as Exhibit 1 and the proposed ESI Order attached hereto as Exhibit 2.

SO STIPULATED:

| | |
|---|---|
| */s/ J. Campbell Miller* | */s/ Samuel J. Banks* |
| J. CAMPBELL MILLER | RICHARD DANIEL KELLEY |
| Indiana Bar Number: 38279-49 | (*admitted pro hac vice*) |
| campbell.miller@sriplaw.com | rkelley@beankinney.com |
| | RAIGHNE COLEMAN DELANEY |
| **SRIPLAW, P.A**. | (*admitted pro hac vice*) |
| 231 S. Rangeline Road, Suite H | rdelaney@beankinney.com |
| Carmel, IN 46032 | STEPHEN DANIEL CARUSO |
| 332.600.5599 – Telephone | (*admitted pro hac vice*) |
| 561.404.4353 – Facsimile | scaruso@beankinney.com |
| | SAMUAL JOSEPH BANKS |
| and | (*admitted pro hac vice*) |
| | sbanks@beankinney.com |
| JOEL B. ROTHMAN | |
| (*Pro Hac Vice*) | **BEAN, KINNEY & KORMAN, PC** |
| Joel.rothman@sriplaw.com | 2311 Wilson Boulevard, Suite 500 |
| | Arlington VA 22201 |
| **SRIPLAW, P.A.** | 703.525.4000 – Telephone |
| 21301 Powerline Road, Suite 100 Boca Raton, FL 33433 | |
| 561.404.4335 – Telephone | and |
| 561.404.4353 – Facsimile | |
| | ALEXANDRA WILSON PANTOS |
| and | Indiana Bar Number: 37003-49 |
| | awilson@kdlegal.com |
| JOSEPH A. DUNNE | |
| (*Pro Hac Vice*) | **KRIEG DEVAULT LLP** |
| joseph.dunne@sriplaw.com | One Indiana Square |
| | Suite 2800 Indianapolis, IN 46204 |
| **SRIPLAW, P.A.** | 317.238.6341 – Telephone |
| 175 Pearl Street, Third Floor | 317.636.1507 - Facsimile |
| Brooklyn, NY 11201 | |
| 929.200.8446 – Telephone | and |
| 561.404.4353 – Facsimile | |

| | |
|---|---|
| PHILIP D. SEVER<br>Indiana Bar Number: 25384-49<br>phil@landownerattorneys.com<br><br>**SEVER, STORY, WALKER**<br>742 South Rangeline Road<br>Carmel, IN 46032<br>317.961.1202 – Telephone<br><br>*Counsel for Defendant Max Minds* | MARC T. QUIGLEY<br>Indiana Bar Number: 21054-53<br>mquigley@kdlegal.com<br><br>**KRIEG DEVAULT LLP**<br>12800 North Meridian Street, Suite 300<br>Carmel, IN 46032<br>317.566.1110 – Telephone<br>317.636.1507 – Facsimile<br><br>*Counsel for Plaintiff Triangle*<br>*Experience Group, Inc.,* |