UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00650-JPH-MG |
| ) | |
| MAX MINDS, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING MOTIONS AS MOOT**

On October 4, 2024, Triangle Experience Group filed an amended complaint, dkt. 90, after Magistrate Judge Garcia granted its unopposed motion for leave to amend, dkt. 88. Max Minds LLC's response is due on October 18, 2024. *Id.*

The parties' prior motions regarding the pleadings are therefore **DENIED without prejudice as moot**. Dkt. [49] (motion to dismiss prior complaint); dkt. [51] (motion to dismiss counterclaim); dkt. [56] (motion to amend answer and counterclaim); dkt. [60] (motion for summary ruling on motion to dismiss).

**SO ORDERED.**

Date: 10/4/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel