UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

**CASE NO.: 1:24-cv-00650**

TRIANGLE EXPERIENCE GROUP, INC.,

        Plaintiff,

v.

MAX MINDS, LLC,

        Defendant.

_____

**NOTICE OF ERRATA**

    Defendant / Counterclaim Plaintiff, Max Minds, LLC, by and through its undersigned counsel, hereby submits the correct proposed order (attached hereto as Exhibit 1) relating to its Motion for Extension of Time filed at ECF No. 92, as an incorrect proposed order was uploaded.

Dated: October 15, 2024        Respectfully submitted,

        */s/ J. Campbell Miller*
        J. CAMPBELL MILLER
        Bar Number: 38279-49 (IN)
        campbell.miller@sriplaw.com

        **SRIPLAW, P. A.**
        231 South Rangeline Road
        Suite H
        Carmel, Indiana 46032
        332.600.5599 – Telephone
        561.404.4353 – Facsimile

        *Counsel for Defendant / Counterclaim Plaintiff Max Minds, LLC*