# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

CASE NO.: 1:24-cv-00650-JPH-MG

TRIANGLE EXPERIENCE GROUP, INC.,

        Plaintiff,

v.

MAX MINDS, LLC

        Defendant.

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME

Before the Court is Defendant MAX MINDS, LLC'S Motion for Extension of Time to respond to Plaintiff Triangle Experience Group Inc.'s First Amended Complaint. The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.** Max Minds, LLC shall have until November 1, 2024 to respond to Plaintiff's First Amended Complaint.

HONORABLE JAMES PATRICK HANLON
UNITED STATES DISTRICT JUDGE