**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS**

**CASE NO.: 1:24-cv-00650-JPH-MG**

TRIANGLE EXPERIENCE GROUP, INC.,

                Plaintiff,

v.

MAX MINDS, LLC

                Defendant.

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Before the Court is Defendant MAX MINDS, LLC'S Motion for Extension of Time to respond to Plaintiff Triangle Experience Group Inc.'s First Amended Complaint. The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.** Max Minds, LLC shall have until November 1, 2024 to respond to Plaintiff's First Amended Complaint.

Date: 10/16/2024

                                                          Mario Garcia
                                                          United States Magistrate Judge
                                                          Southern District of Indiana

Distribution:
To ECF Counsel of Record