UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

CASE NO.: 1:24-cv-00650

TRIANGLE EXPERIENCE GROUP, INC.,

        Plaintiff,

v.

MAX MINDS, LLC,

        Defendant.

## NOTICE OF STRIKING DOCKET ENTRY 95

Defendant Max Minds, LLC, by and through its undersigned counsel, hereby strikes the Motion to Dismiss filed at docket entry 95, which contained 6 transpositions of the number VI to the number IV. The corrected Motion to Dismiss is being filed herewith.

Dated: November 1, 2024          Respectfully submitted,

         */s/ J. Campbell Miller*
         J. CAMPBELL MILLER
         Bar Number: 38279-49
         campbell.miller@sriplaw.com

         **SRIPLAW, P. A.**
         231 South Rangeline Road
         Suite H
         Carmel, Indiana 46032
         332.600.5599 – Telephone
         561.404.4353 – Facsimile

         *Counsel for Defendant Max Minds, LLC*