**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS**

CASE NO.: 1:24-cv-00650-JPH-MG

TRIANGLE EXPERIENCE GROUP, INC.,

        Plaintiff,

v.

MAX MINDS, LLC,

        Defendant.

> The Court grants Defendant's Notice to Strike [96]. The Clerk is directed to strike and terminate Defendant's Motion to Dismiss [95].
> MG
> 12/17/2024

## NOTICE OF STRIKING DOCKET ENTRY 95

Defendant Max Minds, LLC, by and through its undersigned counsel, hereby strikes the Motion to Dismiss filed at docket entry 95, which contained 6 transpositions of the number VI to the number IV. The corrected Motion to Dismiss is being filed herewith.

Dated: November 1, 2024        Respectfully submitted,

        */s/ J. Campbell Miller*
        J. CAMPBELL MILLER
        Bar Number: 38279-49
        campbell.miller@sriplaw.com

        **SRIPLAW, P. A.**
        231 South Rangeline Road
        Suite H
        Carmel, Indiana 46032
        332.600.5599 – Telephone
        561.404.4353 – Facsimile

        *Counsel for Defendant Max Minds, LLC*