UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:24-cv-00650-JPH-MG |
| MAX MINDS, LLC, | ) ) ) |
| Defendant. | ) ) |
| MAX MINDS, LLC, | ) ) ) |
| Counter Claimant, | ) ) ) |
| v. | ) ) |
| TRIANGLE EXPERIENCE GROUP, INC., | ) ) |
| Counter Defendant. | ) |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARIO GARCIA**

Due to a scheduling conflict, the Court sua sponte **vacates** the telephonic Status Conference set on Thursday, January 9, 2025 at 3:00 p.m. (Eastern) and **resets to Tuesday, January 14, 2025 at 10:30 a.m. (Eastern)**. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 1/2/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record