UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAX MINDS, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> MAX MINDS, LLC, ) <br> ) <br> Counter Claimant, ) <br> ) <br> v. ) <br> ) <br> TRIANGLE EXPERIENCE GROUP, INC., ) <br> ) <br> Counter Defendant. ) | No. 1:24-cv-00650-JPH-MG |

**MINUTE ENTRY FOR JANUARY 14, 2025**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference.

This matter is scheduled for a telephonic status conference on **Tuesday, April 8, 2025** at **2:00 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 1/16/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.