UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

CASE NO.: 1:24-CV-00650

TRIANGLE EXPERIENCE GROUP, INC.,

       Plaintiff,

v.

MAX MINDS, LLC,

       Defendant.

## JOINT MOTION FOR LEAVE TO AMEND CASE MANAGEMENT PLAN

Defendant MAX MINDS, LLC ("Max") and Plaintiff TRIANGLE EXPERIENCE GROUP, INC. ("TEG"), (collectively, the "Parties") by and through their undersigned counsel, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and S.D. Ind. L.R. 16-1(f), hereby jointly move the Court for a six (6) month extension of the deadlines delineated in the Court's Case Management Plan ordered on May 29, 2024 (ECF No. 42), and as grounds states as follows:

    1.    On May 29, 2024, the Court entered a Case Management Plan setting Pretrial and Discovery Deadlines, and Trial Date. (ECF No. 42).

    2.    Good cause exists for the extension because the parties have spent considerable time on expedited discovery in the related case, *Max Minds, LLC v. Triangle Experience Group, Inc., et. Al.*, 1:24-cv-00779 (the "'779 case"), on Max's motion for preliminary injunction.

    3.    The parties have acted diligently in discovery in the present case but given the complex and substantial volume of discovery in this case, the parties do not believe that the current Case Management Plan provides enough time to adequately establish the factual record.

4. Neither party will be prejudiced by the extensions provided in the Proposed Amended Case Management Plan.

5. The parties request leave from the Court to amend the Case Management Plan entered on May 29, 2024.

6. The proposed new dates are in the Amended Case Management Plan attached hereto.

WHEREFORE, Defendant MAX MINDS, LLC and Plaintiff TRIANGLE EXPERIENCE GROUP, INC. pray this Honorable Court for leave to amend the Case Management Plan and for the Court to adopt the Proposed Amended Case Management Plan attached hereto, and for such other and further relief as this Court deems just and proper.

Dated: January 24, 2025                                          Respectfully submitted,

| | |
|---|---|
| */s/ J. Campbell Miller* | */s/ Richard D. Kelley* |
| J. CAMPBELL MILLER | Richard D. Kelley, admitted pro hac vice |
| Bar Number: 38279-49 | Raighne C. Delaney, admitted pro hac vice |
| campbell.miller@sriplaw.com | Stephen D. Caruso, admitted pro hac vice |
| | Samuel J. Banks, admitted pro hac vice |
| **SRIPLAW, P. A.** | Kandis M. Koustenis, admitted pro hac vice |
| 231 South Rangeline Road | |
| Suite H | **BEAN KINNEY & KORMAN, PC** |
| Carmel, Indiana 46032 | 2311 Wilson Boulevard, Suite 500 |
| 332.600.5599 – Telephone | Arlington, VA 22201 Tel: (703) 525-4000 |
| 561.404.4353 – Facsimile | Fax: (703) 525-2207 (Fax) |
| | rkelley@beankinney.com |
| JOEL B. ROTHMAN *(Pro Hac Vice)* | rdelaney@beankinney.com |
| Joel.rothman@sriplaw.com | scaruso@beankinney.com |
| | sbanks@beankinney.com |
| **SRIPLAW, P. A.** | kkoustenis@beankinney.com |
| 21301 Powerline Road | |
| Suite 100 | Alexander P. Orlowski, Atty. No. 30794-29 |
| Boca Raton, Florida 33433 | Amanda Jane Gallagher, Atty. No. 32662-79 |
| 561.404.4350 – Telephone | |
| 561.404.4353 – Facsimile | **BARNES & THORNBURG LLP** |
| | 11 South Meridian Street |
| JOSEPH A. DUNNE (*Pro Hac Vice*) | Indianapolis, IN 46204 |

joseph.dunne@sriplaw.com

**SRIPLAW, P. A.**
175 Pearl Street
Third Floor
Brooklyn, New York 11201
929.200.8446 – Telephone
561.404.4353 – Facsimile

and

PHILIP D SEVER
Bar Number: 25384-49
phil@landownerattorneys.com

**SEVER, STORY, WALKER**
742 South Rangeline Road
Carmel, IN  46032
317.961.1202 - Telephone

*Counsel for Defendant Max Minds, LLC*

Tel: (317) 566-1110
Fax: (317) 636-1507
alexander.orlowski@btlaw.com
amanda.gallagher@btlaw.com

*Counsel for Plaintiff Triangle Experience Group, Inc.*