**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS**

**CASE NO.: 1:24-cv-00650**

TRIANGLE EXPERIENCE GROUP, INC.,

    Plaintiff,

v.

MAX MINDS, LLC,

    Defendant.

_____

**NOTICE OF EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant, Max Minds, LLC ("Max"), by and through its undersigned counsel and pursuant to Southern District of Indiana Local Rule 6-1(a), hereby gives notice to the Court of its twenty-eight (28) day initial extension of time to answer or otherwise respond to Plaintiff, Triangle Experience Group, Inc.'s (TEG), Second Set of Interrogatories ("ROGs") up to and including May 20, 2025.

    1.    On March 21, 2025, TEG propounded its First Set of Interrogatories ("TEG's Second ROGs"), setting a deadline of April 22, 2025, for Max to respond.

    2.    On April 8, 2025, Counsel for TEG and Counsel Max met and conferred and Counsel for TEG agreed to a 28-day extension of time for Max to respond to TEG's Second ROGs.

    3.    The agreed extension gives Max up and until May 20, 2025, to respond to TEG's Second ROGs.

    4.    Max has not previously sought or received an extension of this deadline.

    5.    The noticed extension is for 28 days or fewer.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

6. This deadline does not interfere with any hearings or case deadlines.

WHEREFORE, pursuant to S.D. Ind. L.R. 6-1(a), Max hereby notices its automatic initial extension of time within which to respond to TEG's First Set of Interrogatories, up to and including May 20, 2025.

Dated: April 8, 2025                             Respectfully submitted,

/s/ J. Campbell Miller
J. CAMPBELL MILLER
Bar Number: 38279-49 (IN)
campbell.miller@sriplaw.com

**SRIPLAW, P. A.**
231 South Rangeline Road
Suite H
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN (*Pro Hac Vice*)
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, Indiana 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

and

JOSEPH A. DUNNE (*Pro Hac Vice*)
joseph.dunne@sriplaw.com

**SRIPLAW, P. A.**
175 Pearl Street
Third Floor
Brooklyn, Indiana 11201
929.200.8446 – Telephone
561.404.4353 – Facsimile

and

PHILIP D SEVER
Bar Number: 25384-49
phil@landownerattorneys.com

**SEVER, STORY, WALKER**
742 South Rangeline Road
Carmel, IN  46032
317.961.1202 - Telephone

*Counsel for Defendant / Counterclaim Plaintiff, Max Minds, LLC*