UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAX MINDS, LLC, )<br>)<br>Defendant. )<br>_____)<br>)<br>MAX MINDS, LLC, )<br>)<br>Counter Claimant, )<br>)<br>v. )<br>)<br>TRIANGLE EXPERIENCE GROUP, INC., )<br>)<br>Counter Defendant. ) | No. 1:24-cv-00650-JPH-MG |

**MINUTE ENTRY FOR APRIL 24, 2025**
**SETTLEMENT CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for an injunction before District Judge James P. Hanlon. At the request of the parties, the court conducts a settlement conference with the magistrate judge which resulted in a resolution of the entirety of the parties' dispute. All remaining pretrial dates and deadlines are vacated. All pending motions, including any request for injunctive relief, shall be deemed denied as moot.

On or before **July 15, 2025**, the parties shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the

execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

    So ORDERED.

Date: 4/30/2025

                                Mario Garcia
                                United States Magistrate Judge
                                Southern District of Indiana

Distribution:
To ECF Counsel of Record